# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ENCOMPASS HOME & AUTO INSURANCE COMPANY, Plaintiff v. STEVENS HALE & ASSOCIATES, Defendant. | Civil Action No.: 419cv79 |

## ORDER

On August 8, 2019, the parties submitted their Rule 26(f) Report, which failed to provide adequate responses to many of the questions presented, making it impossible to derive a functional Scheduling Order. Doc. 9. Pursuant to Federal Rule of Civil Procedure 26(f), parties must conduct a second scheduling conference and attempt in good faith to develop a proposed discovery plan. Fed. R. Civ. P. 26(f). To assist the parties in establishing a mutually agreeable discovery schedule, the Court has provided a template Rule 26(f) Report, clearly outlining the information that the Court considers of import.

1

The Court understands, as the parties have copied and pasted repeatedly throughout the submitted report, that Defendant anticipates filing Motions for Judgment on the Pleadings and a Stay of Discovery. Though the Court appreciates that, were these motions to be granted, they would necessarily alter any established discovery schedule, no such motions have been filed and there is no guarantee that they would be granted. As the Court cannot enter a scheduling order based on hypothetical motions and their hypothetical resolution, the Rule 26(f) Report is deemed deficient.

Accordingly, the parties are **DIRECTED** to amend their Rule 26(f) Report to adequately address all pertinent questions, in their entirety, and to propose a complete discovery plan. Such amendment is to be filed within seven days of the entry of this Order. If the parties believe that this case should be stayed, they are free to file such a motion.

**SO ORDERED**, this 12th day of August, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA