# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ENCOMPASS HOME & AUTO INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CV419-079<br>) |
| STEVENS HALE & ASSOC., | )<br>) |
| Defendant. | ) |

## ORDER

The parties have jointly moved for a stay of all deadlines in this case pending disposition of defendant's Motion for Judgment on the Pleadings (doc. 16). Doc. 18. Given the Court's broad discretion to control discovery and the parties' agreement, the request is **GRANTED**. All deadlines in this case are **STAYED**. Within fourteen days of any order resolving defendant's motion (doc. 16)—assuming that any claims remain—the parties are **DIRECTED** to confer and submit an amended scheduling order.

**SO ORDERED,** this 12th day of September, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA