IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ENCOMPASS HOME & AUTO INSURANCE COMPANY, ) ) ) Plaintiff, ) ) ) v. ) ) H.D. STEVENS HOLDING ) COMPANY, INC. d/b/a STEVENS ) HALE & ASSOCIATES, ) ) Defendant. ) | CIVIL ACTION FILE NO. 4:19-cv-00079-RSB-CLR |

## CONSENT ORDER STAYING CASE PENDING MEDIATION

This matter having come before the Court on Plaintiff and Defendant's Consent Motion to Stay Case Pending Mediation, and for good cause shown, said Motion is GRANTED. The case proceedings in their entirety, including any ruling on Defendant's Motion for Judgment on the Pleadings, are hereby stayed for 90 days, through and including February 17, 2020. In the event mediation does not resolve the case, discovery still remains stayed pending disposition of Defendant's Motion for Judgment on the Pleadings as this Court previously ordered on September 12, 2019 (Doc. 20).

SO ORDERED this 26th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE,
SOUTHERN DISTRICT OF GEORGIA